May Term,

THE MICHIGAN CENTRAL RAILROAD COMPANY AND THE    **1854.**
NEW-ALBANY AND SALEM RAILROAD COMPANY *v.* LONG.

EVANS
v.
EWING.

APPEAL from the *Laporte* Circuit Court.

Tuesday,
May 30.

*Per Curiam.*—This was a bill by *Long* against the railroad companies above named, praying a temporary and final injunction restraining said companies from constructing their road through his homestead. The bill alleged a case of emergency as an excuse for not giving notice.

A temporary injunction was granted by the circuit judge. Appeal from the grant. There is no brief in the record.

We have looked through the bill, and think it made a case for a temporary injunction. Whether it would be perpetuated on the final hearing, it is not necessary now to inquire. The only question at present, is, did the bill make a case for a temporary injunction?

The decree is affirmed with costs.

*A. L. Osborn,* for the appellants.

*J. B. Niles,* for the appellee.